IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>v.<br><br>RANEWS MANAGEMENT COMPANY INC, et al.,<br><br>　　　　　Defendants. | *<br>*<br>*   Case No. 5:21-cv-00443-MTT<br>*<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 14, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk

　　　　　　　　　　　　　　　　　　　　s/ Tydra Miller, Deputy Clerk